UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

**FILED**
APR 19 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

BARCLAY PRATT,
  Petitioner,

VS.

UNITED STATES OF
AMERICA, ET. AL,
  Respondents

Case Number: 21-CV-177-GKF-CDL
(To be supplied by court clerk)

## EMERGENCY WRIT OF HABEAS CORPUS IMMEDIATE RELEASE OF INCARCERATION
(U.S.C. 2241)

COMES NOW, THE PETITIONER, BARCLAY PRATT, PRO-SE UNDER THE LIBERAL INTERPRETATIONS OF HAINES VS. KERNER, 92 S.Ct. _____, (1984) AND HALL vs. BELLMON, _____ P3d _____, (19__) FOR PRO-SE LITIGATES FILING IN FORMA PAUPERIS IN DISTRICT COURTS.

### STATEMENT OF CASE

① THE PETITIONER IS CURRENTLY BEING HELD AT THE

① Rogers County Jail, a Temporary Federal Holding Facility, in Claremore Oklahoma.

② The Petitioner is being held at this Temporary Federal Facility under the allegations of criminal State Charges (pending or Dismissed)

③ The Petitioner is fully aware of the United States Supreme Court Ruling Handed Down on March 5, 2021, wherein it, the Court, Ruled that the State was/is without Jurisdiction to house, charge or sentence members of any American Indian Tribe within the Boundaries of the Indian Territory (In short, State of Oklahoma)

④ The Petitioner has/is not charged with any Federal Crime at this time

⑤ The Petitioner envokes the Act of 1899 and McGirt vs. Oklahoma, Ct 2452 (2020)

## Relief Requested

Wherefore, the Petitioner has established, with premise, that he is currently being illegally Detained and Denied his constitutionally protected right to be free and asks this Court to set forth an order directly his release immediatly, It is so prayed

Barclay Pratt, Pro-se

CERTIFICATE of mailing

I, Barclay Pratt, Do certify that A True Copy of this instrument to the address below on or about the 13 Day of April 2021

x. Barclay Pratt
Barclay Pratt

United States District Court
Northern District of Oklahoma
333 W Fourth St. Rm 411
Tulsa, Oklahoma 74103-3819

